USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frank Senior,

                Plaintiff,

-against-

Simone Rocha Retail Ltd.,

                Defendant.

1:25-cv-01430 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case has been assigned to me for general pretrial management. (ECF No. 7.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Tuesday, May 27, 2025, at 2:30 p.m. to discuss the status of this case. Plaintiff shall be prepared to discuss any efforts made to serve Defendant with the Complaint. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:    New York, New York
            May 20, 2025

_____
STEWART D. AARON
United States Magistrate Judge